UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Theodore H. Frank

_____,  )
      Plaintiff (s),  )
                             )
v.                         )   Case No. 4:17-cv-00870
                             )
BMOCorp, Inc., et al.     )
_____,  )
      Defendant(s).  )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
   (Plaintiff or Defendant)

__Elite Process Serving, Inc.__
(name and address of process server)

__16106 Route 59, Suite 200__

__Plainfield, Illinois 60586__

To serve: __BMOCorp, Inc., Michael Jecklin, and Biff McCullough__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__03/10/2017__                                        __/s/ Benjamin H. Richman__
(date)                                           (attorney for Plaintiff)

                                                            (attorney for Defendant)