# AFFIDAVIT OF SERVICE

Court: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

Case No.: **17 CV 870**

Plaintiff: **Theodore H. Frank, individually and on behalf of all others similarly situated**
vs.
Defendant: **BMOCORP Inc., a Missouri corporation, et al.**

I, _Mike Huffman_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _Missouri_.

Type of Process: **Preservation Letter Dated March 10, 2017, Summons in a Civil Action and Complaint-Class Action**

Defendant to be served: **BMOCORP, Inc., c/o VCORP Agent Services, Inc.**

Address where attempted or served: **2847 South Ingram Mill Road, Suite A100, Springfield, MO 65804**

On _3/15/17_ at _10:22am_ I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with _Ray Lampert_
(Title) _Attorney_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2017.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:
Sex: _M_  Race: _W_  Hair: _Brown_  Approx. Age: _40_  Height: _5-10_  Weight: _230_

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of _Missouri_
County of _Polk_

_Mike Huffman_ 3-16-17
_Mike Huffman_
(Print Name)

[Notary Seal: MARIE L. PETERS, Notary Public, Notary Seal, State of Missouri, Hickory County, Commission # 13385881, My Commission Expires August 20, 2017]

Subscribed and Sworn to before me on this _16_ day of _March_, 20_17_

_____
Signature of Notary Public

Job: 364659
File: