# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

Theodore H. Frank, individually and on behalf of all others similarly situated
    Plaintiff(s),

vs.

BMOCORP Inc., a Missouri corporation, et al.
    Defendant(s).

Case No.: 17 CV 870

**RETURN OF SERVICE**

I, **Richard Raymond**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Preservation Letter Dated March 10, 2017, Summons in a Civil Action and Complaint-Class Action**

Defendant to be served: **Biff McCullough**

Address where served: **Auto Protection I, Mid-Rivers Plaza, 5865 Suemandy Drive, Saint Peters, MO 63376**

On **March 13, 2017** at **10:55 AM**, I served the within named defendant in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named defendant personally.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Brown** - Approx. Age: **40** - Height: **5'7"** - Weight: **180**

Comments: Signature obtained on field sheet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

Executed on: 3-15-17

X _____
Richard Raymond

State of: Missouri

County of: St. Louis

Subscribed and Sworn to before me on this 15 day of March, 2017

Signature of Notary Public

Job: 364653
File:

MARYBETH RICE
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: Mar. 31, 2019
Commission # 16634445