UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THEODORE H. FRANK, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:17-CV-00870-JMB |
| BMOCORP INC., et al., | ) |
| Defendant(s). | ) |

# **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge John M. Bodenhausen to District Judge Rodney W. Sippel.

April 4, 2017
Date

*Gregory J. Linhares              /*
Clerk of Court

By:  /s/ Cheryl Ritter              /
CHERYL RITTER
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:17-CV-00870-RWS**