UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THEODORE H. FRANK, individually )
and on behalf of all others similarly )
situated, )
                          )
           Plaintiff, )
                          )
    vs. )         Case No. 4: 17 CV 870 RWS
                          )
BMOCORP, INC., et al., )
                          )
        Defendants. )

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the joint motion to continue [30] is granted, and all deadlines in the amended initial case management order [29] are extended fourteen days.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of July, 2018.